# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN CRAPANZANO, | ) | CASE NO.:  8:11-CV-01868-CJC(RNBx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT GRANTING** |
| | ) | **DEFENDANT'S OFFER OF JUDGMENT** |
| | ) | **PURSUANT TO F.R.C.P. 68** |
| LAW OFFICE OF CURTIS O. BARNES, | ) | |
| PC and DOES 1 through 10 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Based on the Plaintiff's Acceptance of the Offer of Judgment made by Defendant Law Office of Curtis O. Barnes, PC filed on March 6, 2012, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Defendant allows judgment to be taken against Defendant Law Office of Curtis O. Barnes, PC and in favor of Plaintiff Kathleen Crapanzano;

2. Judgment shall be entered in the amount of $1,500.00 for Plaintiff Kathleen Crapanzano;

3. Judgment shall be entered for reasonable attorney's fees and costs in connection with Plaintiff Crapanzano's action and are to be added to the Judgment as against Defendant.  Said fees and costs are to be in an amount to be agreed upon by counsel for the parties; or if the parties are unable to reach an agreement, then fees and costs shall be determined by the Court, upon Motion within 30 days;

1

2

3      **IT IS SO ORDERED.**

4

5

6      Dated: March 16, 2012      _____

7                                 United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28