# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| KATHLEEN CRAPANZANO, | NO: 8:11-cv-01868-CJC (RNBx) |
|     Plaintiff, | |
| v. | [PROPOSED] JUDGMENT |
| THE LAW OFFICE OF CURTIS O. BARNES, PC, and DOES 1 through 10 inclusive, | |
|     Defendants. | |

    Based on the Plaintiff's Acceptance of the Offer of Judgment made by the Defendant Law of Curtis O. Barnes, PC, which was granted by the court on March 16, 2012, and the filed stipulation and agreement, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the following amounts be entered as the judgment for Kathleen Crapanzano and against the Law Office of Curtis O. Barnes, PC:

    1. A judgment in the amount of $1,500.00 is entered in favor of Kathleen Crapanzano and against the Law Office of Curtis O. Barnes, PC.

    2. A judgment is entered for reasonable attorney fees in the amount of $7,500.00 for Kathleen Crapanzano's attorney Amir J. Goldstein, Esq. and against the Law Office of Curtis O. Barnes, PC based on an agreed reasonable

1  rate of $300.00 an hour by the parties.

2      3.  A Judgment shall be entered for costs in the amount of $411.00 for the
3  Plaintiff Kathleen Crapanzano and against the Defendant Law Office of Curtis
4  O. Barnes.

5      4. Accordingly, the total judgment amount shall be entered in this case as
6  follows: $9,411.00.

7      **IT IS ORDERED**

9  Dated: 4/2/12

_____
United States District Court Judge